United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 24-00638-HWV

Deborah Suzanne Downs  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Apr 18, 2024      Form ID: ntcnfhrg      Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Suzanne Downs, 240 Edinburgh Road, York, PA 17406-9739 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5603234 | + | Email/PDF: bncnotices@becket-lee.com | Apr 18 2024 18:49:39 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5603235 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 18 2024 18:49:28 | Best Egg Personal Loans, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5603237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 18:49:45 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5603236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2024 18:49:29 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5603238 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2024 18:46:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5603239 | ^ | MEBN | Apr 18 2024 18:41:34 | LendingPoint, 1201 Roberts Boulevard NW #200, Kennesaw, GA 30144-3612 |
| 5603240 | + | Email/Text: camanagement@mtb.com | Apr 18 2024 18:46:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5603241 | + | Email/Text: DeftBkr@santander.us | Apr 18 2024 18:46:00 | Santander Bank, NA, 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 5603242 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 18 2024 18:49:44 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5603243 | | Email/Text: bknotice@upgrade.com | Apr 18 2024 18:46:00 | Upgrade, 275 Battery Street, Floor 23, San Francisco, CA 94111 |
| 5603244 | ^ | MEBN | Apr 18 2024 18:42:03 | Upstart Network, PO Box 1931, Burlingame, CA 94011-1931 |
| 5603245 | ^ | MEBN | Apr 18 2024 18:41:24 | Westlake Portfolio Management, PO Box 76809, Los Angeles, CA 90076-0809 |
| 5608651 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2024 18:49:31 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5605090 | *+ | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 20, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Deborah Suzanne Downs pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Deborah Suzanne Downs,

**Debtor 1**

Chapter 13

Case No. 1:24−bk−00638−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 15, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 22, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 18, 2024 |

ntcnfhrg (08/21)