**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____
                                                                                                                              (State)

Case number _____

Official Form 410S1

# Notice of Mortgage Payment Change      12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____     **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:     ____ ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice     ____/____/_____

**New total payment:**     $ _____
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ❑ No
   ❑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ _____     **New escrow payment:**     $ _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ❑ No
   ❑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:**     _____%     **New interest rate:**     _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ❑ No
   ❑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____     **New mortgage payment:**     $ _____

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Case 1:24-bk-00638-HWV    Doc 16    Filed 04/22/24    Entered 04/22/24 10:51:46    Desc
Main Document     Page 1 of 4

Debtor 1 _____    Case number (*if known*) _____
         First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ Lynn A. Heir_____    Date ____/____/_____
  Signature

Print: _____    Title _____
       First Name    Middle Name    Last Name

Company _____

Address _____
        Number          Street
        _____
        City            State    ZIP Code

Contact phone  (_____) _____ – _____    Email _____



Mail Code: 10-421-CN2  
P.O. Box 12646  
Reading, PA 19612  
Customer Service: 1-877-768-2265  
www.SantanderBank.com

## STATEMENT OF ACCOUNT

**Account Number:**  
Statement Date: 04-18-2024  
Statement Period From: 03-19-2024  
Statement Period Through: 04-18-2024  
Days in Statement Period: 31  
Current Balance: $36,558.10  
Credit Line Amount: $0.00  
Available Credit: $0.00  
End of Draw Date: 07-19-2029  

| **Minimum Payment:** | **$482.37** |
|---|---|
| **Payment Due Date:** | **05-11-2024** |

119-0.5400 000003BFXAURJ 1/2 BIN:0 0-473  
DEBORAH S DOWNS  
240 EDINBURGH RD  
YORK PA 17406-9739

### Important Message

Statements produced on or after December 2021 are now available online. To access, please enroll in paperless statements through online banking or our mobile app.

### ACCOUNT BILLING SUMMARY

| | |
|---|---|
| Principal Due | $151.44 |
| **INTEREST CHARGE Due** | **$330.93** |
| Past Due Amount | $0.00 |
| Late Charges Due | $0.00 |
| Fees Due | $0.00 |
| Payment Shortage | $0.00 |
| **Total Minimum Payment Due** | **$482.37** |

### ACCOUNT BALANCE SUMMARY

| | |
|---|---|
| Beginning Balance | $36,690.09 |
| Advances | $0.00 |
| Payment Received | $462.92 |
| Insurance Premium | $0.00 |
| **INTEREST CHARGE** | **$330.93** |
| Late Charges | $0.00 |
| Fees | $0.00 |
| Adjustments | $0.00 |
| Ending Balance | $36,558.10 |
| Unapplied Credit Balance | $0.00 |

### SUMMARY OF REVOLVING ACCOUNT BALANCE

| | | | |
|---|---|---|---|
| Periodic Rate From | 03-19-2024 | Periodic **INTEREST CHARGE** | $330.93 |
| Periodic Rate Through | 04-18-2024 | **ANNUAL PERCENTAGE RATE** | 10.7500 |
| Payment Amount | $482.37 | | |
| Daily Periodic Rate * | 0.0002937158 | | |
| Balance Subject to Interest Rate | $36,344.89 | Ending Principal | $36,227.17 |

  * The daily periodic rate may vary.

### TRANSACTION ACTIVITY SINCE YOUR LAST STATEMENT

| Posting Date | Effective Date | Activity Description | Amount | Balance |
|---|---|---|---|---|
| | 03-19-2024 | BEGINNING PRINCIPAL | | $36,379.23 |
| 04-15-2024 | 04-12-2024 | PAYMENT RECEIVED - THANK YOU | $462.92 | $36,227.17 |
| | | TO PRINCIPAL | $152.06 | |
| | | ** INTEREST CHARGE ** | $310.86 | |
| | 04-18-2024 | ENDING PRINCIPAL | | $36,227.17 |

****************************************************** **FEES** ******************************************************

| | |
|---|---|
| TOTAL FEES THIS PERIOD | $0.00 |

****************************************************** **INTEREST CHARGED** ******************************************************

| | |
|---|---|
| TOTAL INTEREST THIS PERIOD | $330.93 |

*Please return this portion with your check.*



| Account Number | Due Date | Payment Due | Amount Enclosed |
|---|---|---|---|
| | 05-11-2024 | $482.37 | |

DEBORAH S DOWNS  
240 EDINBURGH RD  
YORK PA 17406-9739

**Make Check Payable To:**

Santander Bank, N.A,  
P.O. Box 847051  
Boston, MA 02284-7051

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  Chapter #13
Deborah Suzanne Downs  Case No. 24-00638
 Honorable Henry W Van Eck

Debtor

_____/

## CERTIFICATE OF SERVICE

I, Lynn A Grimm of Santander Bank, N.A., do hereby certify that on April 22, 2024, I caused to be served a copy of the Notice of Payment Change on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 22nd day of April, 2024.

_____
Lynn A Grimm
Santander Bank, N.A.
Bankruptcy Administrator
450 Penn Street
Reading, PA 19602
(610) 988-0977
Email: DeftBkr@santander.us

VIA US MAIL
DEBORAH SUZANNE DOWNS
240 EDINBURGH RD
YORK, PA 17406-9739

VIA ECF
JACK N ZAHAROPOULOS
8125 ADAMS DR STE A
HUMMELSTOWN, PA 17036-8625

PAUL DONALD MURPHY AHLES
PMURPHY@DPLGLAW.COM