In re:  Case No. 24-00638-HWV

Deborah Suzanne Downs  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: May 23, 2024      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Suzanne Downs, 240 Edinburgh Road, York, PA 17406-9739 |
| cr | + | c/oKellie Rahl-Heffn Santander Bank N.A., Gross McGinley, LLP, 33 S. Seventh Street, P.O. 4060, Allentown, PA 18105-4060 |
| 5614398 | + | Santander Bank, N.A., c/o Kellie Rahl-Heffner, Esq., 33 S. 7th Street, Allentown, PA 18101-2436 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5603234 | + | Email/PDF: bncnotices@becket-lee.com | May 23 2024 18:55:16 | American Express National Bank, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 5612255 | | Email/PDF: bncnotices@becket-lee.com | May 23 2024 18:55:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5603235 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 23 2024 18:55:05 | Best Egg Personal Loans, PO Box 42912, Philadelphia, PA 19101-2912 |
| 5603237 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 18:55:14 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5603236 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 23 2024 18:55:08 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5618080 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2024 19:05:39 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5603238 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 23 2024 18:47:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5618063 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5603239 | ^ | MEBN | May 23 2024 18:41:23 | LendingPoint, 1201 Roberts Boulevard NW #200, Kennesaw, GA 30144-3612 |
| 5614281 | | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5603240 | + | Email/Text: camanagement@mtb.com | May 23 2024 18:47:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5617875 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2024 18:55:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5618066 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2024 18:55:03 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5603241 | + | Email/Text: DeftBkr@santander.us | May 23 2024 18:47:00 | Santander Bank, NA, 450 Penn Street, MC: 10-421-MC3, Reading, PA 19602-1011 |
| 5603242 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| Recip ID | Bypass/Notice | Name and Address | Date/Time | |
| --- | --- | --- | --- | --- |
| | | | May 23 2024 18:55:16 | Synchrony Bank / Amazon, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5603243 | Email/Text: bknotice@upgrade.com | | May 23 2024 18:46:00 | Upgrade, 275 Battery Street, Floor 23, San Francisco, CA 94111 |
| 5603244 | ^ MEBN | | May 23 2024 18:41:48 | Upstart Network, PO Box 1931, Burlingame, CA 94011-1931 |
| 5603245 | ^ MEBN | | May 23 2024 18:40:17 | Westlake Portfolio Management, PO Box 76809, Los Angeles, CA 90076-0809 |
| 5608651 | + Email/PDF: resurgentbknotifications@resurgent.com | | May 23 2024 18:55:02 | Westlake Services LLC c/o, Resurgent Capital Services, PO Box 3427, Greenville, SC 29602-3427 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Santander Bank NA, f/k/a Sovereign Bank |
| 5618064 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5605090 | *+ | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 25, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kellie Rahl-Heffner | on behalf of Creditor c/oKellie Rahl-Heffn Santander Bank N.A. krahl-heffner@grossmcginley.com jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Deborah Suzanne Downs pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Deborah Suzanne Downs,   Chapter   13

**Debtor 1**

Case No.   1:24−bk−00638−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**May 15, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 29, 2024<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 23, 2024 |

ntcnfhrg (08/21)