# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Deborah Suzanne Downs, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:24–bk–00638–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 7, 2024. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 11, 2024

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Deborah Suzanne Downs<br>**Debtor 1** | **Chapter** 13<br><br>**Case No.** 1:24-BK-00638-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, July 12, 2024, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local notricing
0314-1
Case 1:24-bk-00638-HWV
Middle District of Pennsylvania
Harrisburg
Fri Jun  7 16:31:21 EDT 2024

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

American Express National Bank
PO Box 297871
Fort Lauderdale, FL 33329-7871

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Best Egg Personal Loans
PO Box 42912
Philadelphia, PA 19101-2912

CBNA / The Home Depot
PO Box 6497
Sioux Falls, SD 57117-6497

Capital One Bank USA
PO Box 30285
Salt Lake City, UT 84130-0285

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Comenity Bank / Boscov's
Attn: Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingPoint
1201 Roberts Boulevard NW #200
Kennesaw, GA 30144-3612

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Resurgent Capital Services as servicing agen
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Santander Bank, N.A.
c/o Kellie Rahl-Heffner, Esq.
33 S. 7th Street
Allentown, PA 18101-2436

Santander Bank, NA
450 Penn Street
MC: 10-421-MC3
Reading, PA 19602-1011

Synchrony Bank / Amazon
Attn: Bankruptcy Department
PO Box 965060
Orlando, FL 32896-5060

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Upstart Network
PO Box 1931
Burlingame, CA 94011-1931

Westlake Portfolio Management
PO Box 76809
Los Angeles, CA 90076-0809

Westlake Services LLC c/o
Resurgent Capital Services
PO Box 3427
Greenville, SC 29602-3427

Deborah Suzanne Downs
240 Edinburgh Road
York, PA 17406-9739

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011-4706

c/oKellie Rahl-Heffn Santander Bank N.A.
Gross McGinley, LLP
33 S. Seventh Street
P.O. 4060
Allentown, PA 18105-4060

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| M&T BANK<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 | Upgrade<br>275 Battery Street, Floor 23<br>San Francisco, CA 94111 |

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T BANK | (u)Santander Bank NA, f/k/a Sovereign Bank | (d)Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30