UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deborah Suzanne Downs | Case No.: <u>24-00638</u> |
| | Adversary No.: ___-_____ |
| Debtor | Chapter: <u>13</u> |
| | Judge: <u>Henry W Van Eck</u> |

## CHANGE OF ADDRESS

**Creditor Name:** Santander Bank, N.A.

Old Mailing Notice Address:

450 Penn St
MC: PA-450-FB1
Reading, PA 19602

New Mailing Notice Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 03/13/25

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  Chapter #13
Deborah Suzanne Downs  Case No 24-00638
  Honorable Henry W Van Eck

Debtor
_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on March 13, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 13th day of March 2025.

_____
Melissa A. Epler
Santander Bank, N.A.
Bankruptcy Administrator
1130 Berkshire Boulevard
Wyomissing, PA 19610
(484) 512-3552
Email: DeftBkr@santander.us

VIA US MAIL

Deborah Downs
240 Edinburgh Rd
York, PA 17406

VIA ECF

Jack N Zaharopoulos
8125 Adams Dr Ste A
Hummelstown, PA 17036

Paul Donald Murphy Ahles
pmurphy@dplglaw.com