Confidential

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA


Deborah Suzanne Downs                    Case No.: <u>24-00638</u>
                                         Adversary No.: ___-_____
                    Debtor               Chapter: _____13_____
                                         Judge: <u>Henry W. Van Eck</u>


**CHANGE OF ADDRESS**

**Creditor Name:**  Santander Bank, N.A.


**Old Payment Address:**

PO Box 847051
Boston, MA 02284-7051


**New Payment Address:**

PO Box 847105
Boston, MA 02284-7105

**Old Mailing Address:**

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

**New Mailing Address:**

10 Commons Boulevard
MC: PA-WYO-CP3
Reading, PA 19605


Date:  12/5/25

Restricted-confidential

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter #13 |
| Deborah Suzanne Downs | Case No. 24-00638 |
| | Honorable Henry W. Van Eck |
| Debtor | |

_____/

## CERTIFICATE OF SERVICE

      I,   Clarice Clopton of Santander Bank, N.A., do hereby certify that on December 5, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by the first class mail, postage prepaid or other method specified on service list.

      Signed under the penalties of perjury, this 5th day of December 2025.


*Clarice Clopton*
_____
Clarice Clopton
Santander Bank, N.A.
Bankruptcy Administrator
10 Commons Boulevard
Reading, PA 19605
(469) 385-2823
Email: DeftBkr@santander.us


VIA US MAIL
Deborah Suzanne Downs
240 Edinburgh Road
York, PA 17406

VIA ECF
Jack N Zaharopoulous-Trustee
8125 Adams Drive Suite A
Hummelstown, PA 17036

Paul Donald Murphy-Ahles
pmurphy@dplglaw.com